1

2

3

4

5

6

7

8                    UNITED STATES  DISTRICT COURT

9                     Northern District of California

10                           Oakland Division

11

12    MANDALMED INC

13                  Plaintiff(s),              No. C 10-02642 LB
          v.
14                                           **ORDER DIRECTING PARTIES TO**
      HARTFORD CASUALTY                      **FILE CONSENT/DECLINATION**
15                                           **FORM**
                  Defendant(s).
16    _____/

17

18        Pending before the Court is Defendant Hartford Casualty's Motion to Dismiss (Dkt. #5).

19    Upon review of the record in this action, the Court notes that the parties have not filed written

20    consents to Magistrate Judge Beeler's jurisdiction.  This civil case was randomly assigned to

21    Magistrate Judge Beeler for all purposes including trial.  In accordance with 28 U.S.C. § 636(c), the

22    magistrate judges of this district court are designated to conduct any and all proceedings in a civil

23    case, including trial and entry of final judgment, upon the consent of the parties.  An appeal from a

24    judgment entered by Magistrate Judge Beeler may be taken directly to the United States Court of

25    Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district

26    court.

27        You have the right to have your case assigned to a United States District Judge for trial and

28    C 10-02642

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

1   disposition.  Accordingly, the parties shall inform the court whether they consent to Magistrate

2   Judge Beeler's jurisdiction or request reassignment to a United States District Judge for trial.  Each

3   party shall file either a consent or declination form attached to this Order by **July 9, 2010**.

4        **IT IS SO ORDERED.**

5

6   Dated: June 23, 2010

7   _____
    LAUREL BEELER
    United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

C 10-02642

UNITED STATES DISTRICT COURT
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

13

# UNITED STATES  DISTRICT COURT

## Northern District of California

Oakland Division

MANDALMED INC,                                         No.  C 10-02642 LB

               Plaintiff(s),              **CONSENT TO PROCEED BEFORE A**
                                          **UNITED STATES MAGISTRATE JUDGE**

       v.

HARTFORD CASUALTY,

               Defendant(s).
_____/

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

       In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party hereby

consents to have a United States Magistrate Judge conduct any and all further proceedings in the

case, including trial, and the entry of a final judgment.  Appeal from the judgment shall be taken

directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____              _____
                                           Signature

                                           Counsel for _____
                                           (Plaintiff, Defendant or indicate "pro se")

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

C 10-02642

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

# UNITED STATES  DISTRICT COURT

## Northern District of California

Oakland Division

MANDALMED INC,

        Plaintiff(s),

   v.

HARTFORD CASUALTY,

        Defendant(s).
_____/

No.  C 10-02642 LB

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____

Signature_____

Counsel for _____
(Plaintiff, Defendant, or indicate "pro se")

C 10-02642

4