ANN K. JOHNSTON, ESQ. (SBN 145022)
Email: ajohnston@bergerkahn.com
TED A. SMITH, ESQ. (SBN 159986)
Email: tsmith@bergerkahn.com
BERGER KAHN
A Law Corporation
7200 Redwood Boulevard, Suite 325
Novato, CA  94945
Tel:  (415) 899-1770 • Fax: (415) 899-1769

Attorneys for Defendant
Hartford Casualty Insurance Company

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MANDALMED, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HARTFORD CASUALTY INSURANCE CO., and Does 1 through 25, inclusive, <br><br> Defendants. | CASE NO. 10-cv-02642-PJH <br><br> **STIPULATION OF DISMISSAL** <br><br> DATE ACTION FILED:  5/10/2010 <br> TRIAL DATE:                  11/14/2011 |

   IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED:  January 20, 2011

By:   /s/Daniel M. Crawford
Authorized on 1/20/2011
Daniel M. Crawford
Attorney for MandalMed, Inc.

DATED: January 20, 2011

BERGER KAHN
A Law Corporation

1/24/11

By:   /s/Ann K. Johnston
Ann K. Johnston
Attorneys for Defendant
Hartford Casualty Insurance Company

IT IS SO ORDERED
Judge Phyllis J. Hamilton

1

Stipulation of Dismissal                               Case No. 10-cv-02642-PJH